## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BOILERMAKER-BLACKSMITH NATIONAL PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 05-2296 KHV/DJW ) |
| A & B WELDING & CONSTRUCTION, INC., | ) ) |
| Defendant. | ) ) ) |

### ORDER OF DEFAULT JUDGMENT

Upon Plaintiffs' Amended Motion for Default Judgment, this Court finds that Defendant A&B Welding & Construction, Inc. is in Default and entry of Default Judgment is proper pursuant to Federal Rules of Civil Procedure 55.

IT IS HEREBY ORDERED that default judgment is entered against Defendant A&B Welding & Construction, Inc. and in favor of all the plaintiffs in the amount of $236,469.73.

IT IS SO ORDERED THIS 20th DAY OF December, 2005.

                                                s/ Kathryn H. Vratil
                                                Kathryn H. Vratil
                                                U.S. District Court Judge